

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-16-00624-CR

**IN RE JUAN ENRIQUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Rebeca Martinez, Justice
               Patricia Alvarez, Justice

On September 28, 2016, Relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than October 13, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on September 29, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 3862-G, styled Ex Parte Juan Enriquez, pending in the 81st Judicial District Court, Karnes County, Texas, the Honorable Donna S. Rayes presiding.